United States District Court
District of Massachusetts

Plaintiff Name.
Lois Gullage

RECEIVED FEB -3 2004

Defendant Name
MR. Capolupo Clerk magistrate

Complaint

1. Yes
Lois Gullage
230 Chestnut St.
Chelsea Mass 02150

2. Yes. MR. Capolupo clerk magistrate
37 Meridian St. (Clerk Office)
East Boston, Mass 02128

3. Yes.

4. Yes.

5.

6, 7, 8 My white daughter borrow money from me. When I told the magistrate, how she borrow the money she never responed and said no I didn't. She said I gave her the money I am on EADC $303.00 a month I am in no condition to give any one $1200.00. She is doing very well. I walk and I take bus and train to get around with that money I would have got a car not give it to my succedd daughter. I am on EADC and saving money to get apartment at the time I lead her the money I was homeless and

living in a shelter. Why would I give anyone $1200 I got to be crazy. I could have gotten a room. Not give my successful daughter the money. this would put me with a lot of worrying about my daughter being dishonest dishonest I say the reason why I brought my daughter to court is to show her that, that not the way to go thru life being borrowing money and not pay it back because it would lead into stealing I don't want her to go thru life like that. I have been in prison. I don't want that for my daughter. I had cancel check. Why would I give anyone money. In this condition homeless broke I got $4.00 in the bank. I should see a psychologist

If I would give my suceeful daughter money when I am in the condition. He was not fair with the decision and all he ask her was for what reason would she just give you the money she said because she just give me the money. She never respone and said I didn't say that when I told him the reason why and when she ask me to borrow the money.

9. This was embrassine to me that he would think that I give my daughter money and bring her to court. This would cost me a lot of worrying about my daughter.

10. Requesting a jury trail

11. yes-

Lois Gillage
Lois Gillage
230 Chestnut St
Chelsea, Mass 02150
1-617-884-5161



**Commonwealth of Massachusetts**
*Executive Office of Health and Human Services*
**Department of Transitional Assistance**
600 Washington Street • Boston MA 02111

MITT ROMNEY
Governor

KERRY HEALEY
Lieutenant Governor

RONALD PRESTON
Secretary

JOHN A. WAGNER
Commissioner

LOIS GULLAGE
230 CHESTNUT ST
CHELSEA, MA  02150-3833

November 17, 2003

### Centralized Eligibility Operations
### Income Verification Unit

Social Security Number: 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

Re: Income Verification

Please be advised that a review of Department of Transitional Assistance computer records indicates that you receive monthly benefits, as follows:

| | |
|---|---|
| EAEDC Amount: | $303.70 |
| Vendor Amount: | $0.00 |
| Child Support Amount: | $0.00 |
| Total | $303.70 |

This information is accurate as of November 16, 2003.

Sincerely,

*Christine Chakemian*

Christine Chakemian
Income Verification Unit Supervisor
1-800-632-8095


**Pine Street Inn**

444 Harrison Avenue
Boston, MA 02118

Date: 11/17/03

To Whom It May Concern:

This letter is to verify that __Lois Gullage__ uses the *Boston Night Center*, an overnight drop-in program for the homeless in downtown Boston. The *Boston Night Center* is an outreach program of the *Pine Street Inn*.

It is understood that this verification is required to receive services offered by your agency. If necessary, you may contact us at 617-248-1998, or write to out mailing address.

Yours truly,

_____
(Signature)

EVELYN CORDERO
**(Print Name)**
*Boston Night Center Staff*

Boston Night Center
31 Bowker Street
Boston, MA 02114

**Mailing Address:**    Boston Night Center
PO Box 8037
Boston MA 02114

Telephone: 617-482-4944  ■  www.pinestreetinn.org