UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>LOIS GULLAGE</u>,
        Plaintiff,

v.                                    Civil Action No.   04-10231-DPW

<u>MR. CAPOLUPO, CLERK MAGISTRATE</u>,
        Defendant.

ORDER ON APPLICATION TO
PROCEED WITHOUT PREPAYMENT OF FEES

Now before the Court is plaintiff's application to proceed without prepayment of fees and affidavit under 28 U.S.C. § 1915:

The application to proceed without prepayment of fees is:

☒   GRANTED.

☐   DENIED for the following reason(s):

☒   The complaint shall be dismissed pursuant to 28 U.S.C. § 1915(e)(2) for the reasons stated in the accompanying memorandum.

☐   The Clerk shall issue summonses and the United States Marshal shall serve a copy of the summons, complaint, and this order upon defendant(s) as directed by plaintiff with all costs of service to be advanced by the United States.

SO ORDERED.


<u>March 4, 2004</u>                         <u>/s/ Douglas P. Woodlock</u>
DATE                                UNITED STATES DISTRICT JUDGE