```
                   UNITED STATES DISTRICT COURT

                    DISTRICT OF MASSACHUSETTS

LOIS GULLAGE,                      )
          Plaintiff,               )
                                   )
     v.                            )        CIVIL ACTION
                                   )        NO.  04-10231-DPW
MR. CAPOLUPO,                      )
CLERK MAGISTRATE,                  )
          Defendant.               )
```

## ORDER OF DISMISSAL

WOODLOCK, District Judge

In accordance with this Court's Memorandum and Order dismissing this action for the reasons stated therein, it is hereby ORDERED that the above-entitled action be, and it hereby is, DISMISSED in its entirety.

```
                                   BY THE COURT,

                                   /s/ Rebecca Greenberg
Dated: March 4, 2004               Deputy Clerk
```